Barbara GROSHANS, Plaintiff–Appellant,

v.

Gordon R. ENGLAND, Secretary, the United States Navy; Nancy Dowling, In her individual capacity; Melvin Reichling, In his individual capacity; Maxanne Witkin, In her individual capacity; Donald Faulkner, In his individual capacity, Defendants–Appellees.

No. 02–1580.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2002.

Decided Dec. 3, 2002.

Barbara Groshans, Appellant Pro Se. Dennis Edward Szybala, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Barbara Groshans appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Groshans v. England,* No. CA–01–1438–A (E.D. Va. filed Mar. 28, 2002; entered Mar. 29, 2002 & filed May 3, 2002; entered May 6, 2002). Groshans' motion to strike the Appellees' brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*